STATE OF NEW JERSEY v. COLEMAN GREGORY.

July 16, 1986.

Petition for certification denied.

NANCY BURNS v. JAMES BURNS.

July 23, 1986.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed (See 103 *N.J.* 475 (1986)).

STATE OF NEW JERSEY v. JOHN TISCHIO.

August 5, 1986.

Motion for reconsideration and the petition for certification are granted. (See 104 *N.J.* 420, 208 *N.J.Super.* 343).